923 A.2d 228

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MATTHEW J. THOMS, DEFENDANT–PETITIONER.

May 3, 2007.

ORDERED that the petition for certification is granted, limited solely to a remand to the trial court to place his reasons for the consecutive sentence imposed on defendant on the record in accordance with *State v. Yarbough*, 100 *N.J.* 627, 498 *A.*2d 1239 (1985).

Jurisdiction is not retained.

923 A.2d 229

MORGANVILLE ENVIRONMENTAL CORPORATION, PLAINTIFF–
PETITIONER, v. CHATEAU DEVELOPMENT CORP., ETC., ET
AL., DEFENDANTS, AND UNITED STATES DEPARTMENT OF
AGRICULTURE, ETC., DEFENDANT–RESPONDENT.

AND ANOTHER RELATED CASE.

May 11, 2007.

Denied.